IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ACE MORTGAGE FUNDING, d/b/a MILLENNIUM FUNDING GROUP, ) ) ) | |
| Plaintiff, ) ) | CAUSE NO: 1:08-cv-0818-DFH-WTL |
| v. ) ) | |
| GLOBAL AMERICA TITLE SERVICES, ) LLC, and RJM ACQUISITIONS, LLC, ) d/b/a DR. REFI a/k/a PRIMARY ) MORTGAGE GROUP, ) ) | |
| Defendants. ) ) | |

## DEFENDANT GLOBAL AMERICA TITLE SERVICES, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant, Global America Title Services, LLC, by counsel, pursuant to Federal Rules of Civil Procedure 7.1, states as follows:

Global America Title Services, LLC has no parent corporation, and there is no publically held corporation that owns 10% or more of its stock.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: _____
Erin A. Clancy, Atty. #21962-49
*Attorney for Defendant, Global America Title Services, LLC*

SCANNED

080642 / 605260-1

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing has been served upon the following persons, by placing a copy in the United States Mail, postage prepaid, this 17th day of June, 2008:

Michael Gottschlich
Mark J. Dinsmore
E. Timothy DeLaney
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, IN 46204

_____
Erin A. Clancy

KIGHTLINGER & GRAY, LLP
151 North Delaware Street, Suite 600
Indianapolis, Indiana 46204
Telephone: (317) 638-4521