UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ACE MORTGAGE FUNDING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:08-cv-818- SEB-DML |
| vs. | ) | |
| | ) | |
| RJM ACQUISITIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

The Court, having issued its Order of Dismissal, Plaintiff shall take nothing by way of its Complaint in this action.

Date: 01/19/2010

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana